UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLYMPIC OPHTHALMICS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL GERTNER, an individual,<br><br>Defendant. | Case No. C24-2074-RSM<br><br>ORDER LIFTING STAY |

This matter comes before the Court on Plaintiff Olympic Ophthalmics, Inc.'s Status Report and the relief requested therein. Dkt. #35. Plaintiff informs the Court that parallel arbitration between the parties has concluded and "respectfully requests that the Court lift the stay in this matter." *Id*. at 2. This request is based on the instructions in the Court's September 8, 2025, Order. *See* Dkt. #34.

The Court finds good cause to lift the stay for the reasons stated in the Status Report.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that the stay in this case is LIFTED. The parties are to file a joint status report setting forth remaining issues for the Court to resolve, any scheduling issues, and a request for a new trial date. This joint status report is due within 14 days.

DATED this 5th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER LIFTING STAY - 1