UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLYMPIC OPHTHALMICS, INC., a Delaware corporation,

Plaintiff,

v.

MICHAEL GERTNER, an individual,

Defendant.

Case No. C24-2074-RSM

ORDER DENYING DEFENDANT'S MOTION FOR CONTINUANCE

This matter comes before the Court on *pro se* Defendant Michael Gertner's Motion for Continuance, Dkt. #42. Defendant states he "has attempted to secure legal counsel for this case but has not been successful." *Id*. at 2. He requests "a six (6) month continuance so that he may obtain counsel and undergo a fair trial." *Id.* He also discusses his frustrations with the parallel arbitration, which did not resolve all claims in this case. No further details are provided. Plaintiff Olympic Ophthalmics, Inc has filed a Response. Dkt. #43. Defendant Gertner's Reply offers no additional details as to his search for counsel. *See* Dkt. #45.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The decision to modify a scheduling order is within the broad discretion of the district court. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking amendment." *Id*. at 609. If a party has acted diligently yet still cannot reasonably meet the scheduling deadlines, the court may allow modification of the schedule. *Id*. This rule will be "strictly enforced" in order to "accomplish effective pretrial procedures and avoid

ORDER DENYING DEFENDANT'S MOTION FOR CONTINUANCE - 1

wasting the time of the parties, counsel, and the court." LCR 16(m). While prejudice to an opposing party may provide additional reasons for denying the motion, it is not required under Rule 16(b). *Coleman v. Quaker Oats Co.*, 232 F.3d 1271, 1295 (9th Cir. 2000).

Defendant has the burden of demonstrating good cause to modify the scheduling order and has failed to do so. He does not, for example, explain his efforts to secure counsel. He does not provide sufficient detail for the Court to understand why he cannot continue to proceed *pro se.* He does not discuss specific upcoming deadlines.

Accordingly, having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant Michael Gertner's Motion for Continuance, Dkt. #42, is DENIED.

DATED this 10th day of April, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR CONTINUANCE - 2